UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

Tyrone Wallace,

                Debtor.

------------------------------------------------------------x

Chapter 13

Case No. 14-10437-jlg

PLEASE TAKE NOTICE, that the undersigned firm hereby appears in this action as special litigation counsel on behalf of the debtor, Tyrone Wallace, and further demands that all papers in the case be served on that firm at the address stated below.

Dated: New York, NY
       December 4, 2015

                          CRAVATH SWAINE & MOORE LLP

                          By: /s/ Peter A. Emmi, Esq.

                          Worldwide Plaza
                             825 Eighth Avenue
                               New York, NY 10019

                          Office: (212) 474-1180
                          Fax: (212) 474-3700